59,557-03

Dewayne Marks Shelton
T.O.C.J. Id. No. 1254161
4601 ▆▆▆ Spur 591
Amarillo, Texas 79107

Date: June 8th 2015

Mr./Ms. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Trial Ct No. 967797-B

Mr./Ms. Abel Acosta,

    I'm writing to request information. Would you tell me what was the Court of Criminal Appeals of Texas disposition of my writ application under Trial Ct No. 967797-B.

Sincerely

ß/ Dewayne Shelton

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 12 2015

Abel Acosta, Clerk